# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Lena Kotlyar

                        Plaintiff,

v.                                              Case No.: 1:17−cv−04729

                                                              Honorable Ruben Castillo

RevMD Partners, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2019:

      MINUTE entry before the Honorable Ruben Castillo:This case is hereby dismissed with prejudice as to Plaintiff's claims against Defendants and without prejudice as to the claims, if any, of the members of the putative class. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.